Submitted on record and briefs November 28, affirmed without opinion December 3, 1973

STATE OF OREGON, *Respondent, v.* JAMES DELBERT WILLIAMS (No. 73-959-C), *Appellant.*

516 P2d 86

Gary D. Babcock, Public Defender, Salem, for appellant.

Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem, for respondent.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.